UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


VERNON W. TAYLOR )
)
v. ) NO.2:05-CV-156
)
MICHAEL J. ASTRUE )
Commissioner of Social Security )


**O R D E R**

After careful consideration of the Report and Recommendation of the

United States Magistrate Judge, [Doc. 25], it is hereby **ORDERED** that the Report

and Recommendation is **ADOPTED** and **APPROVED**, and that the plaintiff's

motion for an attorney fee under 42 U.S.C. §406(b) in the amount of $1,166.00 is

**GRANTED**. [Doc. 23].  Accordingly, a total sum of $1,166.00 is awarded to

plaintiff's counsel, Gregory R. Herrell, Esq.


          ENTER:


                                        s/J. RONNIE GREER
                                        UNITED STATES DISTRICT JUDGE